# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WESLEY BECKMAN,
Individually and on behalf of all
Similarly Situated Employees of Domino's
Pizza,

      Plaintiff,                         Case No.  23-cv-12683

v.                                        Hon. Jonathan J.C. Grey

DOMINO'S PIZZA LLC,

      Defendant.

---

Noah S. Hurwitz (P74063
Brendan J. Childress (P85638)
HURWITZ LAW PLLC
*Attorneys for Plaintiff*
340 Beakes St. Suite 125
Ann Arbor, MI 48104
(844) 487-9489
noah@hurwitzlaw.com
brendan@hurwitzlaw.com

---

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Wesley Beckman, Individually and on Behalf of all Similarly Situated Employees of Domino's Pizza, by and through his attorneys, Hurwitz Law PLLC, hereby gives notice that the above-captioned action against Defendant Domino's Pizza LLC is voluntarily dismissed, with prejudice.

Respectfully submitted,

HURWITZ LAW PLLC

*/s/ Brendan J. Childress*
Brendan J. Childress (P85638)
HURWITZ LAW PLLC
*Attorney for Plaintiff*
340 Beakes St. Ste. 125
Ann Arbor, MI 48104
(844) 487-8489
brendan@hurwitzlaw.com

Date: April 11, 2024